UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

SHANNA GEVERD

    Plaintiff,

    vs.

FINANCE OF AMERICA
MORTGAGE, LLC., ET AL

    Defendant.

Civil No.   15-5903(JBS/AMD)

**ORDER OF DISMISSAL**

-------------------------------------------------------

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

**IT IS on this**   7TH   **day of**   FEBRUARY,   2019

**ORDERED** that the above case be and the same hereby is dismissed in accordance with General Rule 41.1(a) and/or Rule 4(m), F.R.C.P., without prejudice and without cost to either party.

                        s/ JEROME B. SIMANDLE
                        UNITED STATES STRICT JUDGE